No. 1748.—S. Silverstein *v.* S. Stern.

In a suit on a contract of lease, the lessor may show occupancy of the premises, and recover rent for the time, although he fails to establish the contract.

APPEAL from the Fifth District Court for the parish of Orleans. *Leaumont,* .J.  T. *A. Bartlette* for plaintiff and appellee.  *Cotton & Levy* for defendant and appellant.

Ludeling, C. J.  Solomon Silverstein sued the defendant on an alleged contract of lease.  He has failed to prove the contract for the year commencing October, 1867, and ending the thirtieth of September, 1868, as alleged.  The evidence satisfies us, however, that defendant occupied the house of plaintiff one month, and that one hundred dollars therefor would be reasonable rent.

It is therefore ordered, that the judgment of the District Court be avoided and reversed; and that there be judgment in favor of the plaintiff against the defendant for one hundred dollars, with five per cent. interest thereon from judicial demand, and costs of the lower court, with privilege upon the property provisionally seized.  It is further ordered, that the appellee pay the costs of the appeal.

Rehearing refused.

21    743
Case 2
f120   265

No. 2351.—The State of Louisiana ex rel. S. Belden, Attorney General, *v.* Markey, Kaiser, et al.

A third party, appealing from a judgment, must allege and show a direct pecuniary interest in the subject matter of the suit.

The city of New Orleans has no pecuniary interest in the subject matter of a suit brought under the intrusion act, No. 156 of 1868, to determine the rights of parties to seats as Aldermen and Assistant Aldermen of said city.

APPEAL from the Fifth District Court for the parish of Orleans. *Leaumont,* J.  *Simeon Belden,* Attorney General, *Wooldridge & Thomas* and *L. A. Sheldon* for relators, appellees.  *Cotton & Levy, E. Bermudez* and *J. Livingston* for defendants.  *J. R. Beckwith* (City Attorney) for city of New Orleans, appellant.

Ludeling, C. J.  The relators have moved to dismiss the appeal taken by the city of New Orleans, on the following, among other grounds, to wit:

That the city is without interest, either pecuniary or otherwise, in the suit.

The law grants the right of appeal to any.one, though not a party to the suit, if he have an interest in the subject matter of the suit.  C. P. 571.

But he must allege and show that interest; and it must be a *direct, pecuniary* interest.  1 N. S. 308; 4 N. S. 342; 4 N. S. 622; 2 Rob. 391.

The matter at issue is the right to office—whether the relators or